# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HARRIET STRICKLEN, | Case No. 2:16-cv-00805-TLN-GGH (PS) |
| Plaintiff, | **ORDER ALLOWING TELEPHONIC APPEARANCE AT DEFENDANTS' MOTION TO DISMISS HEARING** |
| v. | |
| JOHNSON & JOHNSON ET AL, | Date: October 6, 2016<br>Time: 9:00 a.m.<br>Mag.: Hon. Gregory G. Hollows<br>Ctrm: 9 – 13th Floor |
| Defendant. | |
| | Judge: Hon. Troy L. Nunley<br>Ctrm: 2 – 15th Floor<br>Action Filed: April 19, 2016<br>Trial: Not Set |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that E. Joseph Connaughton, Attorney for Defendants JOHNSON & JOHNSON and ALZA CORPORATION, erroneously named as JOHNSON & JOHNSON – JANSSEN, may participate in Defendants' Motion to Dismiss hearing, set for October 6, 2016 at 9:00 a.m., by telephone.

**IT IS SO ORDERED.**

Dated: September 26, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stri0805.ph.hrg

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

1                                  Case No. 2:16-cv-00805-TLN-GGH (PS)
[PROPOSED] ORDER ALLOWING TELEPHONIC APPEARANCE AT DEFENDANTS' MOTION TO DISMISS HEARING